IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RODNEY A PRESSLER,

    Petitioner,

v.                                     CASE NO. 3:15-cv-503-MCR-GRJ

SECRETARY, DEPT. OF CORR.,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on ECF No. 34, Petitioner's Motion for Permission to Appeal in Forma Pauperis and Affidavit.

A party who desires to appeal in forma pauperis must file a motion in the district court with an affidavit showing the party's inability to pay, claiming an entitlement to redress, and stating the issues the party intends to present on appeal. Fed. R. App. P. 24(a)(1). The district court may deny the motion, however, upon a finding that the appeal is not taken in good faith. Fed. R. App. P. 24(a)(4).

The Court finds that Petitioner's appeal is not taken in good faith. Plaintiff identifies no arguable basis for appealing the Court's determination that dismissal is warranted under the circumstances presented. *See Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001) (in forma pauperis action is

frivolous, and thus not brought in good faith, if it is "without arguable merit either in law or fact").

As the Court explained in its report and recommendation—which the district judge adopted—the petition was due to be dismissed as time-barred and unexhausted, and alternatively it was due to be denied on the merits. Accordingly, the Court finds that Petitioner's appeal is not taken in good faith, and the motion to appeal in forma pauperis should therefore be denied.

Accordingly, it is respectfully **RECOMMENDED** that:

Petitioner's Motion for Permission to Appeal in Forma Pauperis and Affidavit, ECF No. 34, should be **DENIED** because the appeal is not taken in good faith.

**IN CHAMBERS**, at Gainesville, Florida, this 6th day of March 2018.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**