# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RODNEY A. PRESSLER,

    Petitioner,

v.                                    CASE NO. 3:15cv503-MCR-GRJ

SECRETARY, DEPT. OF CORR.,

    Respondent.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 6, 2018. ECF No. 35. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's Motion for Permission to Appeal *In Forma Pauperis* and Affidavit, ECF No. 34, is DENIED because the appeal is not taken in good faith.

**DONE AND ORDERED** this 5th day of April, 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**